# UNITED STATES DISTRICT COURT

## FILED

OCT 2 0 2020  DB

for the

### Middle District of Tennessee

U.S. DISTRICT COURT
MIDDLE DIST...    ...N.

_____ Division

03-20  0907

Alisa Steverson,William Steverson JR,Chrisdeana Steverson,
Eli Steverson

_____

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.  If
the names of all the plaintiffs cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

-v-

Cumberland Heights

_____

**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Alisa Steverson, William Steverson,Chrisdeana Steverson,Eli Steve |
| Street Address | p o box 152 |
| City and County | pegram/cheatham |
| State and Zip Code | TN/37143 |
| Telephone Number | 615-739-8505 |
| E-mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

    Name                          Cumberland Heights

    Job or Title *(if known)*

    Street Address                8283 River Rd Pike

    City and County             Nashville/Davidson

    State and Zip Code        TN/37209

    Telephone Number       (615) 352-1757

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)*   Alisa Steverson, William Steverson, Chrisdeana S, is a citizen of the State of *(name)*   TN   ,

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____ ,

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, Or is a citizen of *(foreign nation)* _____ ,

2. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ .

   Or is incorporated under the laws of *(foreign nation)* _____ ,

   and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

2 million   $2,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* Oct 25-27, 2019, at *(place)* Cumberland Heights Facility,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

please see attached papers

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

please see attached papers

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

please see attached papers

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/16/2020

Signature of Plaintiff

Printed Name of Plaintiff    Alisa Steverson, William Steverson, Chrisdeana Steverson, Eli Steverso

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

William Steverson IV
Admission date: Sept 25, 2019
to Cumberland Heights Rehab
facility on River rd Nashville Tn.
William left Cumberland Heights
Oct. 25 2019.
William Steverson IV A patient
at Cumberland Heights went
directly from Cumberland Heights
to a sober living house called
Keep it simple house, that is
owned and operated by Cumberland
Heights. When he arrived at
the house Rodney Resha administered
a drug test to William Steverson IV
and Rodney said he failed the test.
On Oct 26 Rodney administered
another drug test to William, Rodney
said he failed. On Oct 27th Rodney
administered another drug test
to William and Rodney told William
he failed again, and was therefore
ordered to leave the sober living
house immediatly. (Text messages
are available at Sheriffs office)
Cumberland Heights stated the
drug test was positive.

Rodney Resha before administering
the drug test stated to William
Steverson IV that he did not like
William or any other Steverson, then

administered the drug test to William,
William Steverson IV left Cumberland
Heights sober living house and Oct 27, 2019
went directly to Vanderbilt ER
where William requested Vanderbilt
to immediately perform another
drug test on him. Vanderbilt ER
agreed to administer a drug
on William. The drug test from
Vanderbilt ER came back
negative. The test was taken at
aprox. 7:00 pm at Cumberland
Heights sober House where Cumberland
Heights claimed that William Steverson
failed the drug test. William Steverson
was told to leave the facility. He
then went straight to Vanderbilt
ER where they administered
a drug test to William Steverson
and he passed the drug test.
We have the drug test from
Vanderbilt. Cumberland Heights
refused to furnish the positive test
that Cumberland Heights claimed
that William Steverson IV failed!
William Steverson had fully trusted,
as so did Williams sister
(Chrisdeana Steverson) Williams father
(William Steverson Jr), his brother
(Eli Steverson) and his mother
(Alisa Steverson) are all Alumni of Cumberland

The entire family fully trusted
Cumberland Heights with
William Steverson IV life.
William Steverson IV was devastated
when Cumberland Heights ordered
him to leave Cumberland Heights
property knowing full well that
William had not taken any drugs
that were not prescribed and
approved by Cumberland Heights.
All William knew to do was go to
Vanderbilt and get a blood test
to confirm he was clean of all
drugs. The blood test results came
back at aprox. 1:12 am oct 27th, 2019
When William was ordered by
Cumberland Heights facility to
leave he was devastated! William
Steverson had faith in Cumberland
Heights to help him live a sober
life without drugs and alcohol,
but instead of being able to
finish the Program and get the
help that he so desperately needed
and wanted to save his life
was instead Kicked out before
completion of the program that
his life depended on. William did
everything that he was asked to do.
William and his counsers all knew
that his life was in jeopardy.

William was willing to take any
and all suggestions from the
staff that he trusted with his
life.

Within 24 hours of being kicked
out of Cumberland Heights facility
before he could complete the program
and was not allowed to return
and finish the program, that
he desperatly needed, 24 hours
later he relapsed. William
went into a deep depression
after he was humiliated by
Cumberland Heights, he started
drinking again. Brian Hicks and
Rodney Resha are the one's that
told William he had the leave
the facility on Oct 27, 2019.
Brian Hicks and Rodney Resha
stated that they did not like
anyone with the last name
Steverson.

If not for the action of negligence
of Rodney Resha, Brian Hicks
and the staff of Cumberland
Heights not allowing William
Steverson IV this wonderful
caring, compasionate, God loving
young man would still be alive.
Because of Cumberland Heights

neglect, William Steverson IV
was taken from his mother,
father, brother, sister, grandmothers
and everyone that Loved
him. William Steverson IV
touched so many lives and
is severely missed. Our lives
are changed forever.
I just want justice
for my family and my son.
All of the money in the world
Can not bring my son
back to us!